**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000538
05-NOV-2014
09:33 AM**

NO. CAAP-14-0000538

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ELENA RYBOLOVLEVA, Plaintiff-Appellant,
v.
DMITRI RYBOLOVLEV, DAVID LIFSON and
KAPHA NORTH SHORE, LLC, a Hawai'i limited liability company,
Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 13-1-2117)

ORDER DISMISSING THE APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Fujise and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) On March 11, 2014, Plaintiff-Appellant Elena Rybolovleva (**Appellant**) filed a notice of appeal;

(2) The record on appeal was filed on May 2, 2014, and the appellate clerk notified the parties that the opening brief was due by June 12, 2014;

(3) Appellant obtained extensions to file the opening brief, which was then due on September 12, 2014;

(4) Appellant did not file the opening brief;

(5) On September 18, 2014, the appellate clerk informed Appellant that the time for filing the opening brief had expired and, pursuant to Hawai'i Rules of Appellate Procedure Rule 30, the matter would be called to the court's attention on September 29, 2014, for such action as the court deems proper, which could include dismissal;

(6) Thereafter, Appellant did not file the opening brief or respond to the notice of default.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, November 5, 2014.

Presiding Judge

Associate Judge

Associate Judge